AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Grayson Consulting, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:07-cv-02992-DCN |
| Charles Cathcart, et al. | ) | |
| *Defendants* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Grayson Consulting, Inc. recover from the defendant, Clifford Lloyd, on the second and third causes of action the amount of Five Million, Nine Hundred Sixty-five Thousand and 00/100 Dollars ($5,965,000.00) in damages; on the the fifteenth cause of action, the civil RICO claim, damages are awarded against Lloyd in the amount of One Hundred Fifty Million, Four Hundred Seventy-eight Thousand, Five Hundred Twenty-five and 79/100 Dollars ($150,478,525.79). Trebled, these damages amount to Four Hundred Fifty-one Million, Four Hundred Thirty-five Thousand, Five Hundred Seventy-seven and 37/100 Dollars ($451,435,577.37) subject to pre- and post-judgment interest at the statutory rate.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒ other:

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion for default judgment.

Date: August 20, 2014                                         *CLERK OF COURT*

                                                              s/John P. Bryan, Jr.
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*