AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Grayson Consulting, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:07-cv-02992-DCN |
| Charles Cathcart, et al. ) | |
| *Defendants* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Grayson Consulting, Inc. recover from the defendant, Tsuei Consultants, Inc., on the second, third, fourth, fifth, and seventh causes of action the amount of Seventy-seven Thousand and 00/100 Dollars ($77,000.00) subject to pre- and post-judgment interest at the statutory rate.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion for default judgment.

Date: August 20, 2014                                *CLERK OF COURT*

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*